Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

MICHAEL DAVID WICKHAM
DIANA MARIE WILLIAMS

CASE NO: 10-70369-HDH-13
HEARING DATE:  5/11/2011
HEARING TIME:  10:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | AFNI INC | $1,265.00 | 015 0 U | ASSET ACCEPTANCE LLC | $851.00 |
| 017 0 U | BUREAU OF COLLECTION RECOVERY INC | $907.00 | 018 0 U | CAPITAL MANAGEMENT SERVICES | $1,519.39 |
| 019 0 U | CHELA | $1,587.00 | 020 0 U | CHELA | $1,129.00 |
| 022 0 U | COLLECTION | $222.00 | 023 0 U | COLLECTION | $171.00 |
| 024 0 U | CREDIT SYSTEMS INTERNATIONAL/COLLECTION | $128.00 | 026 0 U | DEPT OF ED | $3,514.00 |
| 030 0 U | EXECUTIVE SERVICES | $249.00 | 031 0 U | EXECUTIVE SERVICES | $278.00 |
| 032 0 U | EXECUTIVE SERVICES | $340.00 | 033 0 U | EXECUTIVE SERVICES | $402.00 |
| 034 0 U | EXECUTIVE SERVICES | $610.00 | 035 0 U | EXECUTIVE SERVICES | $402.00 |
| 036 0 U | EXECUTIVE SERVICES | $610.00 | 037 0 U | EXECUTIVE SERVICES | $681.00 |
| 038 0 U | EXECUTIVE SERVICES | $746.00 | 039 0 U | EXECUTIVE SERVICES | $887.00 |
| 040 0 U | EXECUTIVE SERVICES | $1,470.00 | 041 0 U | EXECUTIVE SERVICES | $1,665.00 |
| 042 0 U | EXECUTIVE SERVICES | $170.00 | 043 0 U | EXECUTIVE SERVICES | $170.00 |
| 044 0 U | EXECUTIVE SERVICES | $170.00 | 045 0 U | EXECUTIVE SERVICES | $145.00 |
| 046 0 U | EXECUTIVE SERVICES | $120.00 | 047 0 U | EXECUTIVE SERVICES | $86.00 |
| 048 0 U | EXECUTIVE SERVICES | $60.00 | 049 0 U | EXECUTIVE SERVICES | $50.00 |
| 050 0 U | HE STARK AGENCY | $135.00 | 051 0 U | MEDICAL BUSINESS BUREAU | $149.00 |
| 052 0 U | MEDICAL REVENUE SERVICES | $338.92 | 053 0 U | NCO FIN-99 | $720.00 |
| 054 0 U | REGIONAL ADJUSTMENT BUREAU INC | $2,378.00 | 055 0 U | RELIANT ENERGY | $10,740.74 |
| 056 0 U | REVENUE RECOVERY CORP | $83.00 | 059 0 U | TEXAS MIDWEST ER PHYSICIANS | $205.00 |
| 060 0 U | TEXOMA FINANCIAL SERVICES | $99.27 | 061 0 U | TEXOMA FINANCIAL SERVICES | $733.30 |
| 063 0 U | TRS RECOVERY DEPARTMENT | $86.67 | 065 0 U | UNIQUE NATIONAL COLLECT | $140.84 |
| 067 0 U | UNITED REVENUE CORP | $308.00 | 068 0 U | UNITED REVENUE CORP | $210.00 |
| 069 0 U | UNITED REVENUE CORP | $170.00 | 070 0 U | UNITED REVENUE CORP | $170.00 |
| 071 0 U | WB CARRELL MEMORIAL CLINIC | $45.00 | | | |

**II.**
**SPECIFIC OBJECTIONS**

No Objections

### III.
## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | CITIMORTGAGE INC | MORTGAGE ARREARS THRU 8/2010 | $3,809.24 | $100,765.00 | 7.25% | 60 | $78.30 PAID BY TRUSTEE |
| | Increased term from 43 to 60 months. See modification below. | | | | | | |
| 009 0 | CITIFINANCIAL | 1993 CHEVY PICKUP | $11,246.75 | $3,100.00 | 9.00% | 60 | $116.61 PAID BY TRUSTEE |
| | Increased term from 43 to 60 months. See modification below. | | | | | | |
| 010 0 | WICHITA COUNTY | 09-10 PROPERTY TAXES--3247 SW DR | $349.41 | $6,295.00 | 12.00% | 60 | $13.81 PAID BY TRUSTEE |
| | Increased term from 43 to 60 months. See modification below. | | | | | | |
| 011 0 | FIRST NATIONAL BANK OF BYERS | 2000 FORD EXPEDITION | $2,151.85 | $2,000.00 | 9.00% | 24 | $118.81 PAID BY TRUSTEE |
| 012 0 | CITIMORTGAGE INC | DIRECT PMTS BEGIN 9/2010 | $48,156.73 | $100,765.00 | | | PD DIRECT BY DEBTOR |
| 013 0 | WICHITA COUNTY | 2010 PROPERTY TAXES -- 3249 SW DR | $2,126.94 | $100,913.00 | | | PD DIRECT BY DEBTOR |
| 083 0 * | CITIMORTGAGE INC | POST PETITION ARREARS FOR 10/10 THUR 3/11 | $4,326.00 | $100,765.00 | | 60 | $84.82 PAID BY TRUSTEE |
| | Not provided for in confirmed plan. See modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 1 U | CITIFINANCIAL | $8,146.75 | 011 1 U | FIRST NATIONAL BANK OF BYERS | $151.85 |
| | *SPLIT CLAIM/1993 CHEVY PICKUP* | | | *SPLIT CLAIM/2000 FORD EXPEDITION* | |
| 025 0 U | SALLIE MAE INC | $10,284.35 | 027 0 U | TG | $2,749.25 |
| | *STUDENT LOAN/SALLIE MAE* | | | *STUDENT LOAN/SALLIE MAE* | |
| 057 0 U | RJM ACQUISITIONS LLC | $348.46 | 064 0 U | UNION SQUARE FEDERAL C/U | $494.00 |
| | *PURCHASES/BEALLS* | | | *LOAN* | |
| 076 0 U * | CLINICS OF NORTH TEXAS | $1,362.49 | 079 0 U * | ZENITH ACQUISITIONS | $1,615.30 |
| | *MEDICAL SERVICES* | | | *PURCHASES/ZENITH* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

### IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Unless otherwise stated, all creditors shall be treated over a 60 month plan term.
A secured record shall be allowed for Citimortgage for post petition arrears in the amount of $4,326.00. Said claim shall be valued at $100,765 and be paid through the plan over 60 months with a payment of $84.82 per month.
Debtors plan term shall increase from 46 to 60 months. Debtor shall pay $332 per month beginning September 2010 for 9 months; then Debtor shall pay $363 per month beginning June 2011 the remaining 51 months for a total plan base amount of $21,501.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/11/2011 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   3/16/2011                                            /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
AFNI INC PO BOX 3097  BLOOMINGTON IL 61702
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BARRETT DAFFIN FRAPPIER TURNER ENGEL 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
BUREAU OF COLLECTION RECOVERY INC 7575 CORPORATE WAY  EDEN PRAIRIE MN 55344
CAPITAL MANAGEMENT SERVICES 726 EXCHANGE STREET SUITE 700  BUFFALO NY 14210
CHELA PO BOX 9500  WILKES BARRE PA 18773
CITIFINANCIAL 1311 MARKET PLACE DR SUITE 160 GARLAND TX 75041
CITIFINANCIAL 300 SAINT PAUL PL  BALTIMORE MD 21202
CITIMORTGAGE INC PO BOX 140609  IRVING TX 75019
CITIMORTGAGE INC PO BOX 689196  DES MOINES IA 50368
CITIMORTGAGE INC PO BOX 9438  GAITHERSBURG MD 20898
CITY OF WICHITA FALLS, WF ISD AND COUNTY C/O PERDUE BRANDON FIELDER COLLINS & MOT PO BOX 8188 WICHITA FALLS TX 76307
CLINICS OF NORTH TEXAS PAYMENT PROCESSING CENTER PO BOX 730852 DALLAS TX 75373
CLINICS OF NORTH TEXAS PO BOX 97521  WICHITA FALLS TX 76307
COLLECTION 700 LONGWATER DRIVE  NORWELL MA 02061
COLLECTION PO BOX 709  NEEDHAM MA 02494
CREDIT SYSTEMS INTERNATIONAL/COLLECTION 1277 COUNTRY CLUB LANE  FORT WORTH TX 76112
DEPT OF ED PO BOX 9635  WILKES BARRE PA 18773
DOWNTOWN MEDICAL CLINIC 809 INDIANA AVENUE  WICHITA FALLS TX 76301
ERS SOLUTIONS 800 SW 39TH STREET PO BOX 9004 RENTON WA 98057
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
FIRST NATIONAL BANK OF BYERS 202 W WICHITA  HENRIETTA TX 76365
FIRST NATIONAL BANK OF BYERS BYRON BABER VICE PRESIDENT PO BOX 410 HENRIETTA TX 76365
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
HANK RUGELEY, ESQUIRE DAVISON RUGELEY LLP 900 EIGHTH STREET SUITE 1102 WICHITA FALLS TX 76301
HE STARK AGENCY 6425 ODANA RD  MADISON WI 53719
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
MEDICAL BUSINESS BUREAU 1460 RENAISSANCE DR  PARK RIDGE IL 60068
MEDICAL REVENUE SERVICES 645 WALNUT ST STE 5  GADSDEN AL 35901
MICHAEL DAVID WICKHAM & DIANA MARIE WILLIAMS 3249 SOUTHWEST DR  WICHITA FALLS TX 76306
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
NCO FIN-99 PO BOX 15636  WILMINGTON DE 19850
RADIOLOGY ASSOCIATES 808 BROOK AVE  WICHITA FALLS TX 76301
RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE STE 1120  MIAMI FL 33131
REGIONAL ADJUSTMENT BUREAU INC PO BOX 2209  ARLINGTON TX 75001
RELIANT ENERGY PO BOX 3765  HOUSTON TX 77253
REVENUE RECOVERY CORP 612 GAY ST  KNOXVILLE TN 37902
RJM ACQUISITIONS LLC 575 UNDERHILL BLVD  SUITE 224  SYOSSET NY 11791
SALLIE MAE INC DEPARTMENT OF EDUCTION PO BOX 740351 ATLANTA GA 30374
TEXAS MIDWEST ER PHYSICIANS 3075 E IMPERIAL HWY SUITE 200  BREA CA 92821
TEXOMA FINANCIAL SERVICES PO BOX 4508  WICHITA FALLS TX 76308
TG PO BOX 83100  ROUND ROCK TX 78683
TITANIUM EMERGENCY GROUP PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
TRS RECOVERY DEPARTMENT PO BOX 4857  HOUSTON TX 77210
UNION SQUARE FEDERAL C/U 1401 HOLLIDAY  WICHITA FALLS TX 76301
UNIQUE NATIONAL COLLECT 119 E MAPLE ST  JEFFERSONVILLE IN 47130
UNITED REGIONAL 1600 8TH STREET  WICHITA FALLS TX 76301
UNITED REVENUE CORP 204 BILLINGS ST STE 120 ATTN OFFICE MANAGER ARLINGTON TX 76010
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WB CARRELL MEMORIAL CLINIC 9301 N CENTRAL EXPY SUITE 400  DALLAS TX 75231
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
ZENITH ACQUISITION CORP 170 NORTHPOINTE PKWY STE 300  AMHERST NY 14228
ZENITH ACQUISITIONS PO BOX 850  AMHERST NY 14226
```